U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 16 2009

_____, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT BLACKSTOCK** | **CIVIL ACTION NO. 08-1557** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **CORRECTIONS CORP. OF AMERICA, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

Before the court is the report and recommendation[1] of the magistrate judge pertaining to plaintiff's two (2) motions for preliminary injunctive relief.[2] Also before the court are timely objections to the report and recommendation by defendants.[3]

The magistrate judge recommends that plaintiffs' motions for injunctive relief be granted, ordering that defendants provide plaintiff with the medications prescribed by Dr. McWilliams.[4] Defendants do not object to such injunctive relief and assert that they have already agreed to begin dispensing such medications to plaintiff.[5] Defendants do, however, object to those portions of the magistrate judge's report and recommendation which address the merits of plaintiff's claims of deliberate indifference, arguing that the magistrate judge's "findings" as to these issues are improper at this juncture and should be reserved for a trial on the merits in this case.[6] The court disagrees.

---

[1] R. 47.
[2] R. 12, 16.
[3] R. 50, 51.
[4] R. 47 at p. 11.
[5] R. 50, 51 at p. 1.
[6] Id. at pp. 1-2.

After review of the record in this case, including the filings referenced above, it is clear to us that the magistrate judge was bound to address the issues of deliberate indifference and irreparable injury due to the requirement that plaintiff demonstrate a substantial likelihood of success on the merits in order to obtain preliminary injunctive relief under applicable law and jurisprudence.[7] Therefore, we find no over-reaching in the magistrate judge's report and recommendations. Moreover, our review of the record before us leads us to share the exasperation evident in the work of the magistrate judge. The facts before us are simply astonishing, both in their volume and duration. It is deeply troubling that this great effort has been necessary to wedge common sense into the medical treatment offered to plaintiff. Therefore, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the report and recommendation of the magistrate judge, previously issued in the above captioned case, is **ADOPTED** in its entirety and, accordingly, plaintiff's motions for preliminary injunctive relief are **GRANTED** and, thereby, defendants are **ORDERED** to immediately comply with the written orders of Dr. McWilliams, hereafter dispensing all such medications as shall be prescribed for the treatment of plaintiff's medical condition at issue in this case.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 16th day of September, 2009.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[7] PCI Transp., Inc. v. Fort Worth & Western R. Co., 418 F.3d 535 (5th Cir. 2005) (internal citations omitted).